ONE LLP
PETER AFRASIABI (Bar No. 193336)
pafrasiabi@onellp.com
JOHN TEHRANIAN (Bar No. 211616)
jtehranian@onellp.com
JOANNA ARDALAN (Bar No. 285384)
jardalan@onellp.com
4000 MacArthur Blvd.
West Tower, Suite 1100
Newport Beach, California 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

Attorneys for Plaintiff
MAVRIX PHOTOGRAPHS LLC

DAVIS WRIGHT TREMAINE LLP
KELLI L. SAGER (Bar No. 120162)
kellisager@dwt.com
BRENDAN CHARNEY (Bar No. 293378)
brendancharney@dwt.com
865 S. Figueroa St., Suite 2400
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Facsimile: (213) 633-6899

Attorneys for Defendants
DMG MEDIA LIMITED and ASSOCIATED
NEWSPAPERS, LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAVRIX PHOTOGRAPHS LLC, a limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>DMG MEDIA LIMITED, a U.K. limited company; ASSOCIATED NEWSPAPERS, LTD., a U.K. Limited company, and; DOES 1-10 inclusive,<br><br>Defendants. | Case No. **2:16-CV-00536-PSG-RAO**<br>Assigned to the Honorable Phillip Gutierrez<br><br>**STIPULATED DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)]<br><br>Action Filed: January 25, 2016 |

This Stipulation is entered by and between Plaintiff Mavrix Photographs LLC ("Plaintiff"), on the one hand, and, on the other hand, Defendants DMG Media Limited and Associated Newspapers, Ltd. (collectively, "Defendants"), through their respective counsel of record. Mavrix and Defendants are referred to collectively as the "Parties."

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties stipulate and agree that the above-captioned action, which was previously dismissed without prejudice, shall be dismissed in its entirety with prejudice, and without an award of fees or costs to any Party.

DATED: August 15, 2016

ONE LLP
PETER R. AFRASIABI
JOHN TEHRANIAN
JOANNA ARDALAN

By: /s/ Peter R. Afrasiabi
Peter R. Afrasiabi

Attorneys for Plaintiff
MAVRIX PHOTOGRAPHS LLC

DATED: August 15, 2016

DAVIS WRIGHT TREMAINE LLP
KELLI L. SAGER
BRENDAN CHARNEY

By: /s/ Kelli L. Sager
Kelli L. Sager

Attorneys for Defendants
DMG MEDIA LIMITED AND
ASSOCIATED NEWSPAPERS LTD



DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899